**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00958-CV

### IN THE INTEREST OF I.L.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655**

## ORDER

We **GRANT** appellee's May 12, 2014 motion for an extension of time to file a brief.

Appellee shall file its brief on or before **June 6, 2014**.

/s/     ADA BROWN
          JUSTICE